UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------------------------------X

Carmax Auto Superstores, Inc..,

                        Plaintiffs,         **ORDER RE STATUS CONFERENCE**

          -against-

Mike Cerreta Auto Sales, Inc.,                 7:24-cv-2959  KMK-VR

                     Defendant.

----------------------------------------------------------------X

**VICTORIA REZNIK, United States Magistrate Judge:**

      A Status Conference (via telephone) is hereby scheduled for **12/18/2024 at 10:30 am.**

The parties are to dial in to the ATT conference line at **877-336-1839, enter access code**

**5999739** and then # to enter the conference. At the Status Conference, the parties should be

prepared to discuss the following:

    (1) a brief summary of claims, defenses, and relevant issues;
    (2) the basis of subject matter jurisdiction;
    (3) the subjects on which discovery may be needed;
    (4) any anticipated discovery disputes or sought-after limitations on discovery;
    (5) any plans for electronic discovery and ESI protocols;
    (6) any plans for confidentiality orders and orders relating to Fed. R. Evid. 502(d);
    (7) any anticipated motions; and
    (8) the prospects and timing for early settlement or resolution.

      **SO ORDERED.**

DATED:    White Plains, New York
               October 30, 2024

                                                   _____
                                                     VICTORIA REZNIK
                                                     United States Magistrate Judge