Troutman Pepper Locke LLP
Troutman Pepper Locke Building
1001 Haxall Point, 15th Floor
Richmond, VA 23219
troutman.com

**troutman**
**pepper locke**

**Jonathan M. DeMars**
D 804.697.2261
Jonathan.demars@troutman.com

Thank you for bringing this error to the Court's attention. The briefing schedule is as follows:

Plaintiff is to submit its Motion by no later than April 30, 2026.  Defendants are to submit their Opposition by no later than June 6, 2026.  Plaintiff is to submit its Reply by no later than June 27, 2026.

April 28, 2026

The Clerk of Court is respectfully requested to close to pending Motion at Dkt. No. 79.

 **VIA ECF**

SO ORDERED.

Hon. Ken Karas, U.S.D.J.
United States District Court
Southern District of New York
300 Quarropas St.
White Plains, NY 10601-4150

5/6/2026

**Re:    *CarMax Auto Superstores, Inc. v. Mike Cerreta Auto Sales and Michael Cerreta,*
       Case No. 7:24-cv-2959**

Your Honor:

This firm represents Plaintiff CarMax Auto Superstores, Inc. ("CarMax") in the above-referenced action.  We write jointly with Defendants Mike Cerreta Auto Sales, Inc. and Michael Cerreta ("Defendants") to seek clarification of the Parties' respective summary judgment deadlines in this matter.

The Parties appeared before Your Honor on February 18, 2026 for a Pre-Motion Conference.  On February 18, 2026, the Docket reflects a Minute Entry providing that "Plaintiff is to submit its Motion by no later than April 30, 2026.  Defendants are to submit their Opposition by no later than June 6, 2026.  Plaintiff is to submit its reply by no later than June 27, 2026.

Thereafter, the Court entered a Motion Scheduling Order (Dkt No. 78) providing "Defendants shall file their response by no later than June 30, 2026.  Plaintiff shall file its reply by no later than June 27, 2026."

The Parties hereby request that the Court enter an Order clarifying that Defendants' opposition deadline is June 6, 2026, and that CarMax's reply deadline is June 27, 2026.

Respectfully submitted,

*Jonathan M. DeMars*
Jonathan M. DeMars